Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−12453−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Ebert
   235 Walter Horner Court
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3824

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/13/22
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 8, 2022
JAN: gan

                  Jeanne Naughton
                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-12453-MBK

Christopher J. Ebert                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2

Date Rcvd: Jun 08, 2022                       Form ID: 132                         Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Ebert, 235 Walter Horner Court, Barnegat, NJ 08005-2873 |
| cr | + | Cenlar FSB as servicer for Police and Firemens Ret, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 104, Roseland, NJ 07068-1643 |
| 519632940 | + | Cach, LLC, 6801 S. Cimmaron Road, Suite 424-H, Las Vegas, NV 89113-2273 |
| 519541382 | + | Cathleen Ebert, 235 Walter Horner Court, Barnegat, NJ 08005-2873 |
| 519620764 | | Police and Firemens Retirement System Board of Tru, C/O Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing, NJ 08618 |
| 519541388 | + | Stern Lavinthal & Frankenbrg, LLC, 105 Eisenhower Pkwy, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519541381 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 08 2022 20:47:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519541383 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 08 2022 20:48:00 | Cenlar, Attn: Bankruptcy, PO Box 77404, Ewing, NJ 08628 |
| 519541385 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2022 20:49:15 | Chase Disney Rewards Visa, PO Box 15123, Wilmington, DE 19850 |
| 519541384 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2022 20:49:14 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 519554090 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 20:48:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519541386 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 20:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519624702 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519541387 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 519541389 | | Email/Text: bankruptcy@td.com | Jun 08 2022 20:48:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3                                    User: admin                                       Page 2 of 2
Date Rcvd: Jun 08, 2022                                Form ID: 132                                  Total Noticed: 17

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Albert Russo
                                docs@russotrustee.com

Denise E. Carlon
                                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini
                                on behalf of Creditor Cenlar FSB as servicer for Police and Firemens Retirement System Board of Trustees by its Administrative
                                Agent New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy
                                on behalf of Debtor Christopher J. Ebert atruss@keaveneylegalgroup.com
                                r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.
                                com;ccassie@KeaveneyLegalGroup.com

TOTAL: 5