Certificate Number: 14912-NJ-DE-036625223

Bankruptcy Case Number: 22-12453



14912-NJ-DE-036625223

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2022, at 11:20 o'clock PM EDT, Christopher Ebert completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 17, 2022                By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor