Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12453−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Ebert
   235 Walter Horner Court
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3824

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 2, 2022.

Dated: November 2, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher J. Ebert  
    Debtor

Case No. 22-12453-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 02, 2022      Form ID: plncf13      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Ebert, 235 Walter Horner Court, Barnegat, NJ 08005-2873 |
| cr | + | Cenlar FSB as servicer for Police and Firemens Ret, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 104, Roseland, NJ 07068-1643 |
| 519632940 | + | Cach, LLC, 6801 S. Cimmaron Road, Suite 424-H, Las Vegas, NV 89113-2273 |
| 519541382 | + | Cathleen Ebert, 235 Walter Horner Court, Barnegat, NJ 08005-2873 |
| 519620764 | | Police and Firemens Retirement System Board of Tru, C/O Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing, NJ 08618 |
| 519541388 | #+ | Stern Lavinthal & Frankenbrg, LLC, 105 Eisenhower Pkwy, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519541381 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2022 20:39:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519541383 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 02 2022 20:39:00 | Cenlar, Attn: Bankruptcy, PO Box 77404, Ewing, NJ 08628 |
| 519541385 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2022 20:45:14 | Chase Disney Rewards Visa, PO Box 15123, Wilmington, DE 19850 |
| 519541384 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2022 20:45:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 519554090 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519541386 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519624702 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2022 20:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519541387 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2022 20:39:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 519541389 | | Email/Text: bankruptcy@td.com | Nov 02 2022 20:40:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |

TOTAL: 11

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: plncf13 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christopher G. Cassie | on behalf of Debtor Christopher J. Ebert ccassie@keaveneylegalgroup.com  kbrand@spearwilderman.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for Police and Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Debtor Christopher J. Ebert atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |

TOTAL: 6