| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12453 / MBK**

Christopher J. Ebert

Petition Filed Date: 03/28/2022
341 Hearing Date: 04/28/2022
Confirmation Date: 10/26/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/26/2022 | $12,948.00 | 495374 | 08/09/2022 | $3,237.00 | 535166 | 08/31/2022 | $3,237.00 | 86792050 |
| 10/04/2022 | $3,237.00 | 87451950 | 11/04/2022 | $3,237.00 | 88106040 | 12/01/2022 | $3,237.00 | 88570280 |
| 01/04/2023 | $3,237.00 | 89129780 | 02/01/2023 | $3,237.00 | 89721640 | 02/28/2023 | $3,237.00 | 90239380 |

**Total Receipts for the Period:  $38,844.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $38,844.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher J. Ebert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James DiMaggio | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | KOHL'S | Unsecured Creditors | $368.09 | $0.00 | $368.09 |
| 0 | WARREN LEVY, ESQ. | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| | »»  ATTY DISCLOSURE | | | | |
| 2 | POLICE & FIREMEN'S RETIREMENT SYSTEM | Mortgage Arrears | $132,415.57 | $27,844.67 | $104,570.90 |
| | »»  P/235 WALTER HORNER CT/1ST MTG | | | | |
| 3 | PNC Bank, N.A. | Mortgage Arrears | $6,788.85 | $1,427.58 | $5,361.27 |
| | »»  P/235 WALTER HORNER COURT/2ND MTG | | | | |
| 4 | POLICE & FIREMEN'S RETIREMENT SYSTEM | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| | »»  235 WALTER HORNER CT/ATTY FEES 8/12/22 | | | | |

**Chapter 13 Case No. 22-12453 / MBK**

| **SUMMARY** | | |
|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | |
| Total Receipts: $38,844.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: $32,810.25 | Current Monthly Payment: $3,237.00 | |
| Paid to Trustee: $3,029.81 | Arrearages: $0.00 | |
| Funds on Hand: $3,003.94 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

