Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−12453−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Ebert
   235 Walter Horner Court
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3824

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/13/24 at 09:00 AM

to consider and act upon the following:

**47** − Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of Cenlar FSB as servicer for Police and Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency. Objection deadline is 10/11/2024. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

Dated: 10/15/24

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court