UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Stern Lavinthal & Frankenberg LLC
103 Eisenhower Parkway - Suite 100
Roseland, NJ  07068
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Cenlar FSB as servicer for Police and Firemen's
Retirement System Board of Trustees by its
Administrative Agent New Jersey Housing and
Mortgage Finance Agency
By: Maria Cozzini, Esq.



Order Filed on December 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Christopher J. Ebert


    Debtor(s)

Case No.: 22-12453-MBK
Chapter:   13
Hearing Date:
Judge:   Michael B. Kaplan

Recommended Local Form ☐ Followed      Modified ☐

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: December 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay of motion is granted and the stay is terminated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

✓ Real property more fully described as:

235 WALTER HORNER CT, OCEAN TOWNSHIP, NJ 08005

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distribution to the Creditor.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.