| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Christopher G. Cassie, Esq.<br>Keaveney Legal Group, LLC<br>3747 Church Road<br>Suite 103<br>Mount Laurel, NJ 08054<br>856-481-2098<br>Email: ccassie@keaveneylegalgroup.com | |
| In Re:<br>Christopher J. Ebert | Case No.: __22-12453-MBK__<br><br>Chapter: __13__<br><br>Judge: __Michael B. Kaplan__ |

Order Filed on July 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: July 24, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Christopher G. Cassie, Esq._____ for a reduction of time for a hearing on _____Motion to Vacate Automatic Stay and Motion to Vacate Dismissal_____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____August 4, 2025_____ at __9:30 am__ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. _8_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and any and all interested parties, _____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute said motion/application and any objections.

  ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

  ☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*