UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
3747 Church Road, Suite 103
Mount Laurel, NJ 08054
(856) 481-2098
ccassie@keaveneylegalgroup.com
Attorney for Debtor

Case No.: 22-12453-MBK

Chapter: 13

In Re:

Christopher J. Ebert

Hearing Date: August 4, 2025

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Amy J. Truss:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for Christopher G. Cassie, who represents Christopher J. Ebert in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On July 24, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Granting Application to Shorten Time; Motion to Vacate Dismissal of Case; and Motion to Reinstate Stay as to Maria Cozzini on behalf of Cenlar FSB

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   July 24, 2025

/s/ Amy J. Truss
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>courtmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF (Notice of Electronic Filing and email<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF (Notice of Electronic Filing) and email<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maria Cozzini<br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>mcozzini@sternlav.com | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF (Notice of Electronic Filing) and email<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF (Notice of Electronic Filing)<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward Joseph McKee<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>emckee@duanemorris.com | Attorney for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF (Notice of Electronic Filing) and email<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher J. Ebert<br>235 Walter Horner Court<br>Barnegat, NJ 08005<br>stjames98@aol.com | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Police & Fireman's Retirement System<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430<br>mcozzini@sternlav.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cach, LLC<br>6801 S. Cimmaron Road<br>Suite 424-H<br>Las Vegas, NV 89113-2273 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenlar FSB<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430<br>mcozzini@sternlav.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF (Notice of Electronic Filing and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Disney Rewards Visa<br>Po Box 15123<br>Wilmington, DE 19850-5123 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF (Notice of Electronic Filing) and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohl's<br>Peritus Portfolio Services II, LLC<br>Po Box 141509<br>Irving, TX 75014-1509 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF (Notice of Electronic Filing) and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohl's / Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank Retail Lending<br>Po Box 94982<br>Cleveland, OH 44101-4982 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF (Notice of Electronic Filing) and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Police and Firemans Retirment System Board<br>c/o Cenlar FSB, Attn: BK Dept<br>425 Phillips Blvd.<br>Ewing, NJ 08618<br>mcozzini@sternlav.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank NA<br>70 Gray Road<br>Falmouth, ME 04105-2019 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*