UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-481-2098
Email: ccassie@keaveneylegalgroup.com

In Re:
Christopher J. Ebert

Case No.: 22-12453-MBK

Chapter: 13

Hearing Date: 8/4/2025

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Withdraw Motion to Vacate Dismissal (Doc No 58) and Motion to Reinstate Stay (Doc No 59)

Date: 8/1/2025

/s/ Christopher G. Cassie
Signature

*rev.8/1/15*