UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-481-2098

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __John DiCiurcio__ will be substituted as attorney of record for __Christopher G. Cassie__, _____ in this case.[1]

Date: 11/4/2025

_Signature of Former Attorney_

Date: 11/4/2025

_Signature of Substituted Attorney[2]_

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

Keaveney Legal Group
Substituion of Attorney
Christopher G. Cassie to John D. DiCiurcio

| | | | | | |
|---|---|---|---|---|---|
| [18-21619-CMG](#) | Kurt C. Baumgarten and Barbara A. Baumgarten | 13 | 06/07/18 | N / A | 08/28/25 |
| [18-22251-JNP](#) | Joseph D. Coleman | 13 | 06/18/18 | N / A | N / A |
| [18-24470-SLM](#) | Pedro A. Viera | 13 | 07/19/18 | N / A | N / A |

| Case | Name | Chapter | Filed | Reopened | Closed |
|---|---|---|---|---|---|
| [18-26530-SLM](#) | Gary Mann | 13 | 08/17/18 | N / A | 05/18/23 |
| [18-34425-MBK](#) | Steven T. Esemplare | 13 | 12/12/18 | N / A | 01/10/24 |
| [19-10008-ABA](#) | Douglas E. Waldron and Patricia L. Waldron | 13 | 01/01/19 | N / A | 04/10/24 |
| [19-11430-CMG](#) | Stephen H. McCarthy | 13 | 01/23/19 | N / A | 02/15/24 |
| [19-14443-MBK](#) | Thomas A. Dieterle, Jr. | 13 | 03/05/19 | N / A | 12/23/24 |
| [19-16625-MBK](#) | Michael F. D'Avanzo | 13 | 04/01/19 | N / A | 02/21/24 |
| [19-20370-CMG](#) | Meggie A. Fasinski | 13 | 05/22/19 | N / A | N / A |

| Case | Name | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| [19-25004-ABA](#) | Michael R. Walsh and Pamela J. Walsh | 13 | 08/02/19 | N / A | 11/21/24 |
| [19-25137-JNP](#) | Jay M. Mastalski | 13 | 08/05/19 | N / A | 12/30/24 |
| [19-27097-MBK](#) | Thomas M. Klugewicz and Amy Klugewicz | 13 | 09/05/19 | N / A | 03/28/25 |
| [19-29960-JNP](#) | Christopher W. Morgan and Alison E. Morgan | 13 | 10/22/19 | N / A | 12/27/24 |
| [19-31507-JKS](#) | Judith Baratta | 13 | 11/14/19 | N / A | 07/15/24 |
| [19-31508-CMG](#) | Gordon M. Henwood | 13 | 11/14/19 | N / A | 12/27/24 |
| [19-31777-JNP](#) | Christopher M Sink | 13 | 11/19/19 | N / A | 02/13/25 |
| [19-31781-JNP](#) | James Thomas Atkins and Robin Lynn Atkins | 13 | 11/19/19 | N / A | 06/03/25 |
| [19-33174-SLM](#) | Reginald W. Harris | 13 | 12/13/19 | N / A | 05/06/24 |
| [19-33938-CMG](#) | Barbara J. Ferguson | 7 | 12/30/19 | N / A | 06/08/20 |
| [20-10347-JKS](#) | Nadine V. Dewdney | 13 | 01/09/20 | N / A | 04/16/25 |
| [20-11031-JNP](#) | Thomas F. Finn | 13 | 01/22/20 | N / A | 05/13/25 |
| [20-12173-JNP](#) | Richard J. Gross | 13 | 02/10/20 | N / A | 07/12/23 |

| Case | Name | Ch | Filed | | Closed |
|---|---|---|---|---|---|
| 20-17687-MBK | Kolu Mama Kromah | 13 | 06/18/20 | N / A | 10/15/24 |
| 20-17925-JNP | James G. Busch | 13 | 06/26/20 | N / A | 08/14/25 |
| 20-18243-ABA | Edgar Colon | 13 | 07/02/20 | N / A | 10/23/25 |
| 21-10523-VFP | Alfonso Delgado, Jr. | 13 | 01/22/21 | N / A | 10/07/25 |
| 21-11577-MEH | Bianca E. Macciola | 13 | 02/26/21 | N / A | 11/06/24 |
| 21-12960-MEH | Michael Miksza and Lisa Miksza | 13 | 04/09/21 | N / A | 07/01/25 |
| 21-13165-JNP | Maxie Legette, Jr and Terry D. Legette | 13 | 04/19/21 | N / A | 09/23/24 |
| 21-14841-MBK | Betty Ann Smith | 13 | 06/14/21 | N / A | N / A |
| 21-16452-MBK | Stephanie F. Haynes | 13 | 08/11/21 | N / A | 11/30/23 |
| 21-16719-MBK | Michael D Josephson and Jessica F Josephson | 7 | 08/24/21 | N / A | 10/24/24 |
| 21-17278-CMG | Olga Olah | 13 | 09/15/21 | N / A | 05/27/25 |
| 21-17307-ABA | Patricia A. Zarin | 13 | 09/17/21 | N / A | N / A |
| 21-18139-JNP | June Ann Ryan | 13 | 10/19/21 | N / A | 08/07/23 |
| 21-18272-MBK | Kyle Kevin Adams | 13 | 10/25/21 | N / A | 04/18/23 |
| 21-18599-SLM | Chaniel A. Chirino | 13 | 11/05/21 | N / A | N / A |
| 21-19631-MBK | Alfredo Sandoval | 13 | 12/15/21 | N / A | 04/03/24 |
| 22-10020-RG | Solia Cecelia Hines | 13 | 01/03/22 | N / A | 01/08/25 |
| 22-10205-MBK | Milton N. Ortega | 13 | 01/10/22 | N / A | N / A |
| 22-10915-MEH | Roger A. Plew | 13 | 02/03/22 | N / A | N / A |
| 22-11070-TBA | Ana Maria Correa | 13 | 02/10/22 | N / A | N / A |
| 22-11502-VFP | James Clarence Grier, Jr. and Leah D. Grier | 13 | 02/25/22 | N / A | N / A |
| 22-12453-MBK | Christopher J. Ebert | 13 | 03/28/22 | N / A | N / A |

| Case | Debtor | Chapter | Date Filed | | Date Closed |
|---|---|---|---|---|---|
| 22-12883-SLM | Michael L. D'Aries, Sr. | 13 | 04/08/22 | N / A | 09/11/23 |
| 22-12972-CMG | Stephanie Carol Mihalczo | 13 | 04/12/22 | N / A | N / A |
| 22-13139-MBK | Debra A. Pytlewski | 13 | 04/18/22 | N / A | 04/04/24 |
| 22-13585-MBK | Alan J. Stephens | 13 | 05/02/22 | N / A | 02/06/23 |
| 22-13604-MEH | Dominick V. Strada | 13 | 05/02/22 | N / A | N / A |
| 22-14402-RG | Korin M. Garner | 13 | 06/01/22 | N / A | 09/13/23 |
| 22-14464-KCF | Michael J. Capenegro | 7 | 06/03/22 | N / A | 01/31/23 |
| 22-15145-ABA | Retha M. Lindsey | 13 | 06/24/22 | N / A | 04/01/25 |
| 22-15236-SLM | Monica T. Denny | 13 | 06/28/22 | N / A | 02/14/24 |
| 22-16396-JNP | Daniel T. Mazzoli | 13 | 08/15/22 | N / A | 10/11/23 |
| 22-16449-MBK | Jennifer Lynn | 13 | 08/16/22 | N / A | 01/05/24 |
| 22-16822-VFP | Deidre Sanders | 13 | 08/29/22 | N / A | 08/29/24 |
| 22-17363-MBK | Shawn L Williams | 13 | 09/16/22 | N / A | 09/26/25 |
| 22-17864-MBK | Joseph Maher, Jr. | 13 | 10/04/22 | N / A | 11/30/23 |
| 22-17867-RG | Dolores K. Barbee | 13 | 10/04/22 | N / A | 04/16/25 |
| 22-19038-VFP | William H. Cudworth, III | 13 | 11/14/22 | N / A | 09/10/24 |
| 22-19050-MBK | Alan J. Stephens | 13 | 11/14/22 | N / A | 01/12/24 |
| 22-19219-MBK | Tory Nerys Asante | 13 | 11/18/22 | N / A | 12/28/23 |
| 22-19586-VFP | Robert Frank Hunter, Jr. | 13 | 12/02/22 | N / A | 02/11/25 |
| 22-20124-JNP | Michael N. Fantazzia | 13 | 12/27/22 | N / A | 10/26/23 |
| 23-11061-JNP | Alene K Louden | 13 | 02/09/23 | N / A | 09/11/23 |
| 23-11321-ABA | Steven Ortiz | 13 | 02/20/23 | N / A | N / A |
| 23-11340-RG | Geraldine Everett | 13 | 02/21/23 | N / A | 05/17/24 |
| 23-11461-JNP | Kevin Rodney Raines | 13 | 02/24/23 | N / A | N / A |
| 23-11669-ABA | William Thomas Levers, Jr. | 13 | 03/01/23 | N / A | 11/27/23 |
| 23-12097-ABA | Stephen Richard White | 13 | 03/15/23 | N / A | 02/07/24 |
| 23-12445-TBA | Angeline A. Micco | 13 | 03/24/23 | N / A | N / A |
| 23-12630-MBK | Shirleece Ruby Roberts-Jackson | 13 | 03/30/23 | N / A | 10/07/24 |
| 23-12827-CMG | Lissa Michelle Varlese | 13 | 04/04/23 | N / A | 01/15/25 |
| 23-13010-KCF | Robert M Skibicki | 7 | 04/11/23 | N / A | 07/18/23 |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 23-13122-CMG | Michael T Laux and Denise M. Laux | 13 | 04/14/23 | N / A | N / A |
| 23-13461-JNP | Brian Donald Jones | 13 | 04/24/23 | N / A | 12/27/24 |
| 23-13680-CMG | Lisa Lou Rivella | 7 | 04/28/23 | N / A | 08/02/23 |
| 23-14407-ABA | Steven Ronald Veach, Jr. | 13 | 05/23/23 | N / A | N / A |
| 23-14410-RG | Benjamin W. Inzinna and Ann Lena Inzinna | 7 | 05/23/23 | N / A | 08/25/23 |
| 23-14615-SLM | David Paul MacFarlane | 7 | 05/26/23 | N / A | 09/22/23 |
| 23-14648-JNP | Brian Christopher Goetschius | 13 | 05/30/23 | N / A | 02/05/24 |
| 23-14651-CMG | James D. Layton | 13 | 05/30/23 | N / A | 10/16/24 |
| 23-14901-JNP | Richard Jonathan Gross | 13 | 06/06/23 | N / A | N / A |
| 23-14964-CMG | James Calvin Jones and Carla Mariea Rogers | 7 | 06/07/23 | N / A | 09/12/23 |
| 23-15054-MEH | Sherbria Louise West | 13 | 06/09/23 | N / A | 05/27/25 |
| 23-15190-JNP | Michael L DeSandro and Diane DeSandro | 13 | 06/15/23 | N / A | N / A |
| 23-15787-JKS | Alexander Dubinsky | 13 | 07/06/23 | N / A | 11/02/23 |
| 23-16328-JNP | Luis Raul Perez Herrera | 13 | 07/25/23 | N / A | 03/11/25 |
| 23-16807-VFP | Vincent J. Binetti | 13 | 08/07/23 | N / A | 10/30/24 |
| 23-16910-ABA | Jada Caprice Hill | 13 | 08/10/23 | N / A | 04/11/24 |
| 23-17582-CMG | Andrew Jared Pellenberg | 7 | 08/30/23 | N / A | 12/18/23 |
| 23-17889-CMG | Danirma Raoul Cima | 7 | 09/09/23 | N / A | 12/27/23 |
| 23-17935-MBK | Thomas Matthew Lanigan | 13 | 09/11/23 | N / A | 11/30/23 |
| 23-18788-MBK | Michael F. D'Avanzo | 13 | 10/06/23 | N / A | N / A |
| 23-18856-JNP | Brian Michael Antalosky | 13 | 10/10/23 | N / A | N / A |
| 23-20685-VFP | Daniel Ezequiel Torres | 13 | 11/15/23 | N / A | 02/20/25 |
| 23-20686-SLM | Deborah Lesia Hernandez | 13 | 11/15/23 | N / A | N / A |
| 23-20769-MBK | Kevin M. Kochie | 13 | 11/17/23 | N / A | 07/02/24 |
| 23-20961-CMG | Josetta E. Haynes | 13 | 11/27/23 | N / A | 03/04/25 |
| 23-21078-SLM | Merida Mesa | 13 | 11/29/23 | N / A | 07/02/24 |
| 23-21234-CMG | Gerald S. Panfili | 13 | 12/01/23 | N / A | 10/07/24 |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| [24-10067-VFP](#) | Gipsy K. Rodriguez | 13 | 01/03/24 | N / A | 01/13/25 |
| [24-10248-MEH](#) | Ruthann Danyel Tarver | 13 | 01/09/24 | N / A | 03/03/25 |
| [24-10458-VFP](#) | Richard Green | 7 | 01/17/24 | N / A | N / A |
| [24-11204-MEH](#) | Brian Lee Lewis | 13 | 02/07/24 | N / A | N / A |
| [24-11538-SLM](#) | Monica T. Denny | 13 | 02/19/24 | N / A | 10/25/24 |
| [24-12460-VFP](#) | Dwayne A. Carter | 13 | 03/06/24 | N / A | 12/09/24 |
| [24-13134-JNP](#) | Richard Amedeo Shaw | 13 | 03/26/24 | N / A | 07/16/24 |
| [24-13517-JKS](#) | Edwin Otto Jahn | 13 | 04/04/24 | N / A | 04/30/25 |
| [24-13554-VFP](#) | Sandra K Turnbull | 13 | 04/05/24 | N / A | 12/09/24 |
| [24-14194-MEH](#) | Lisa L Williams | 13 | 04/24/24 | N / A | N / A |
| [24-14494-TBA](#) | Jared D Stansfield | 13 | 05/01/24 | N / A | N / A |
| [24-14634-ABA](#) | John Baptiste Trombetta, Jr. | 13 | 05/07/24 | N / A | 01/15/25 |
| [24-14907-MEH](#) | Jennifer Lynn | 13 | 05/14/24 | N / A | 12/26/24 |
| [24-15334-MEH](#) | Joseph W. Washington, Jr. and Allison N. Washington | 13 | 05/24/24 | N / A | N / A |
| [24-15337-CMG](#) | Rasheeda M. Brown | 13 | 05/24/24 | N / A | 08/19/24 |
| [24-16090-CMG](#) | Bibiana L. Sandoval | 13 | 06/17/24 | N / A | N / A |
| [24-16098-JNP](#) | Linda Jean Hankins | 13 | 06/17/24 | N / A | 12/13/24 |
| [24-17239-ABA](#) | Dawn Elis Harris | 13 | 07/19/24 | N / A | 02/20/25 |
| [24-17431-JNP](#) | Melissa Ann Latko | 13 | 07/26/24 | N / A | 07/02/25 |
| [24-17783-JKS](#) | Kevin A. Gorel and Mary Michele Gorel | 13 | 08/05/24 | N / A | N / A |
| [24-18133-JKS](#) | Kyung Ha Lee | 13 | 08/16/24 | N / A | 01/08/25 |
| [24-18152-ABA](#) | Diane Marie Molluro | 13 | 08/16/24 | N / A | N / A |
| [24-18434-ABA](#) | Ralph Donald Graves, Jr. | 13 | 08/26/24 | N / A | N / A |
| [24-19686-ABA](#) | Aixa J. Cruz | 7 | 09/30/24 | N / A | 01/03/25 |
| [24-19700-JNP](#) | Alyssa Marie Gebhardt | 7 | 09/30/24 | N / A | 01/03/25 |
| [24-20426-SLM](#) | Virgilio Manuel Alomar and Linda A. Rangel | 13 | 10/21/24 | N / A | 10/27/25 |
| [24-20990-MBK](#) | Kolu Mama Kromah | 13 | 11/05/24 | N / A | N / A |
| [24-21440-ABA](#) | Brian Joseph Dobbins | 13 | 11/18/24 | N / A | 06/24/25 |
| [24-21490-VFP](#) | Ben Joseph Gilbert | 13 | 11/19/24 | N / A | 10/06/25 |

| Case | Name | Chapter | Date Filed | Date of Last Filing | Date Closed |
|---|---|---|---|---|---|
| 24-21491-MEH | Christopher Koniecko | 13 | 11/19/24 | N / A | 03/18/25 |
| 24-21905-JNP | Robert Charles Curry, II | 13 | 12/03/24 | N / A | 09/23/25 |
| 24-21938-ABA | Kateava Yvette Gault | 13 | 12/03/24 | N / A | N / A |
| 24-22005-SLM | Ella B. Young | 13 | 12/05/24 | N / A | N / A |
| 24-22021-JKS | Luis A. De La Colina | 13 | 12/05/24 | N / A | 04/15/25 |
| 24-22046-JNP | Bernard Charles Shine | 13 | 12/06/24 | N / A | N / A |
| 24-22153-MEH | Ruthann Danyel Tarver | 13 | 12/11/24 | N / A | N / A |
| 24-22346-VFP | Leslie Robin Neal | 13 | 12/17/24 | N / A | 04/10/25 |
| 24-22454-JKS | Kyung Ha Lee | 13 | 12/19/24 | N / A | 04/16/25 |
| 25-10026-VFP | Dwayne A. Carter | 13 | 01/02/25 | N / A | N / A |
| 25-10190-MEH | Cheryl Lynn Brown | 13 | 01/07/25 | N / A | 05/12/25 |
| 25-10218-ABA | Carmelo Adrian Ortiz | 13 | 01/08/25 | N / A | 04/24/25 |
| 25-10573-CMG | Rasheeda M. Brown | 13 | 01/20/25 | N / A | N / A |
| 25-10706-SLM | Dolores K. Barbee | 13 | 01/23/25 | N / A | N / A |
| 25-11095-MBK | Tony S. LaMorte | 13 | 02/02/25 | N / A | 09/30/25 |
| 25-11229-ABA | John Baptiste Trombetta, Jr. | 13 | 02/05/25 | N / A | N / A |
| 25-12233-MEH | John E. Dickson | 13 | 03/04/25 | N / A | N / A |
| 25-12561-JNP | Kathleen Ann Passarelli | 13 | 03/12/25 | N / A | N / A |
| 25-12813-ABA | Scott Howard Borsky | 13 | 03/18/25 | N / A | N / A |
| 25-13054-JNP | Karen Luised Alvarez | 13 | 03/25/25 | N / A | N / A |
| 25-13496-CMG | Josetta E. Haynes | 13 | 04/02/25 | N / A | 07/28/25 |
| 25-13769-MEH | Christopher Koniecko | 13 | 04/10/25 | N / A | 08/04/25 |
| 25-13779-VFP | Robert Frank Hunter, Jr. | 13 | 04/10/25 | N / A | N / A |
| 25-13886-MBK | Joseph Maher, Jr. | 13 | 04/14/25 | N / A | 08/11/25 |
| 25-13945-MEH | Carol-Ann Canavan Fitzsimmons | 13 | 04/15/25 | N / A | N / A |
| 25-14173-MBK | Laurel P. Smith | 13 | 04/22/25 | N / A | N / A |
| 25-14257-VFP | Ronald E. Walenciak | 13 | 04/24/25 | N / A | N / A |
| 25-15534-JNP | Robert J. Adelsberger, Jr. | 7 | 05/27/25 | N / A | N / A |
| 25-16602-MEH | Rochele Vanessa Davis | 13 | 06/23/25 | N / A | N / A |
| 25-16644-MBK | Julie A. Trovato | 13 | 06/23/25 | N / A | N / A |
| 25-16679-JKS | Ricko Tampusari | 13 | 06/24/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [25-16854-JNP](#) | Maxie Legette, Jr. and Terry Dawn Legette | 13 | 06/30/25 | N / A | N / A |
| [25-16927-JNP](#) | Linda Jean Hankins | 13 | 06/30/25 | N / A | N / A |
| [25-17152-VFP](#) | Grace Esmeralda Marin Quishpe | 13 | 07/08/25 | N / A | N / A |
| [25-17179-MEH](#) | Jennifer Lynn | 13 | 07/08/25 | N / A | N / A |
| [25-17412-ABA](#) | Joseph William Terranova | 13 | 07/15/25 | N / A | N / A |
| [25-18167-MBK](#) | Mary Ellen Traino | 13 | 08/01/25 | N / A | N / A |
| [25-18236-MBK](#) | Christopher J. Ebert | 13 | 08/04/25 | N / A | N / A |
| [25-19270-MBK](#) | Paul B. Makowski | 13 | 09/04/25 | N / A | N / A |
| [25-19371-CMG](#) | Kenneth Joseph Carbone | 13 | 09/08/25 | N / A | N / A |
| [25-19621-MBK](#) | Patrick J. Flanagan | 13 | 09/15/25 | N / A | N / A |
| [25-19628-SLM](#) | Virgilio Manuel Alomar and Linda A. Rangel | 13 | 09/15/25 | N / A | N / A |
| [25-19706-MBK](#) | Kolu Mama Kromah | 13 | 09/17/25 | N / A | N / A |
| [25-19825-CMG](#) | Angel Eladio Herrera | 13 | 09/20/25 | N / A | N / A |
| [25-20058-ABA](#) | Sara Jessica Williams | 7 | 09/25/25 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2025 14:03:22 | | | |
| **PACER Login:** | warrenlevy | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: cassie FName: christopher Type: aty |
| **Billable Pages:** | 29 | **Cost:** | 2.90 |